**PHIL WEISER**
Attorney General

**NATALIE HANLON LEH**
Chief Deputy Attorney General

**ERIC R. OLSON**
Solicitor General

**ERIC T. MEYER**
Chief Operating Officer

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

## STATE OF COLORADO
### DEPARTMENT OF LAW

June 16, 2022

RE: Notice of Supplemental Authority in *Doe v. Bd. of Regents of the Univ. of Colo.*, 21-1414 and 22-1027

Dear Tenth Circuit Court Clerk,

Defendants Board of Regents of the University of Colorado, University President Todd Saliman, Chancellor Donald Elliman, Senior Associate Dean Shanta Zimmer, Associate Dean Eric Mediavilla, Program Director Ann-Michael Holland, in their official capacities (collectively, "the University"), submit this Notice of Supplemental Authority.

The University cited to *Valdez v. Grisham*, __ F. Supp. 3d at __, No. 21-cv-783, 2021 WL 4145746, at *9 (D.N.M. Sept. 13, 2021) in its Answer Brief at page 36, n.12. On June 14, 2022, a panel of the Tenth Circuit affirmed the New Mexico District Court's denial of a preliminary injunction sought against a public health order requiring hospital workers in New Mexico to be vaccinated against COVID-19. *Valdez v. Grisham*, No. 21-2105, 2022 WL 2129071 (10th Cir. Jun. 14, 2022) (unpub.). The nurse in *Valdez* brought substantive due process and equal protection claims and alleged that a vaccination policy that included a religious exemption for

which she did not qualify infringed on her fundamental rights to engage in her

chosen profession as well as to bodily integrity. The Court applied the rational

basis test and held that it was not an abuse of discretion for the District Court to

conclude that the public health order was rationally related to a legitimate

government purpose. *Id.* at *4-5. The Court also concluded that the plaintiff lacked

a "fundamental right to work unvaccinated in a hospital." *Id.*

Respectfully submitted,

PHILIP J. WEISER
Attorney General

*/s/ Jacquelynn N. Rich Fredericks*
JACQUELYNN RICH FREDERICKS*
First Assistant Attorney General
KATHLEEN SPALDING*
Senior Assistant Attorney General
GRANT T. SULLIVAN*
Assistant Solicitor General
MEGAN PARIS RUNDLET*
Senior Assistant Solicitor General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Tel: (720) 508-6171
E-Mail: kit.spalding@coag.gov;
  jacquelynn.richfredericks@coag.gov;
  grant.sullivan@coag.gov;
  megan.rundlet@coag.gov

HERMINE KALLMAN*
 University of Colorado
 Office of University Counsel
 Special Assistant Attorney General

1800 Grant St., Suite 700
Denver, CO 80203
Tel: 303 860-5691
hermine.kallman@cu.edu

MATTHEW J. SMITH*
GREGORY GOLDBERG*
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
mjsmith@hollandhart.com
ggoldberg@hollandhart.com

*Counsel of Record for Defendants Board of
 Regents, Todd Saliman, Donald Elliman,
 Shanta Zimmer, Eric Mediavilla, and Ann-
 Michael Holland

CC: Peter Breen (pbreen@thomasmoresociety.org), Michael McHale
(mmchale@thomasmoresociety.org), Martin Whittaker (privatrecht@gmail.com),
Joseph Brown (jbb@telioslaw.com), and Theresa Sidebotham (tls@telioslaw.com)

Encl.: Copy of *Valdez v. Grisham* Order and Judgment, 2022 WL 2129071