**PHIL WEISER**
Attorney General

**NATALIE HANLON LEH**
Chief Deputy Attorney General

**SHANNON STEVENSON**
Solicitor General

**TANJA WHEELER**
Associate Chief Deputy Attorney General



**STATE OF COLORADO
DEPARTMENT OF LAW**

**RALPH L. CARR
COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

**Office of the Attorney General**

August 11, 2023

Mr. Christopher M. Wolpert
Clerk, Tenth Circuit Court of Appeals
1823 Stout St.
Denver, CO 80257

RE: Notice of Supplemental Authority in *Jane Does, et al. v. Board of Regents of the Univ. of Colo., et al.*, 21-1414 and 22-1027

Dear Mr. Wolpert:

Defendants Chancellor Donald Elliman, Senior Associate Dean Shanta Zimmer, Associate Dean Eric Mediavilla, and Program Director Ann-Michael Holland, in their official capacities, submit this Notice of Supplemental Authority.

On May 11, 2023, the U.S. Department of Health and Human Services allowed the Public Health Emergency designation regarding the COVID-19 virus and declared under Section 319 of the Public Health Service Act to expire. Subsequently, on June 5, 2023, the Centers for Medicare and Medicaid Services published a rule lifting the

requirement that employees at healthcare facilities that receive Medicare and Medicaid be vaccinated against the COVID-19 virus.

In accordance with these new policy directives, the University of Colorado Anschutz Medical Campus has changed its COVID-19 vaccination policy. Effective July 1, 2023, the Anschutz campus no longer requires vaccination against COVID-19 for CU Anschutz's faculty, staff, badged affiliates, or students working or engaging in non-clinical settings. All students enrolled in CU Anschutz educational programs that involve clinical rotations and all faculty and staff who work in healthcare facilities operated by third parties must comply with those facilities' vaccination policies.[1]

Accordingly, Plaintiffs Jane Does 4, 5 and 6, and John Does 5 and 7, all of whom are current employees with accommodations to work remotely, have been advised that they may return to work on campus.[2] Student Plaintiff John Doe 1 was permitted to resume his studies on campus but chose not to do so.

---

[1] The new policy may be found at: https://www.cuanschutz.edu/coronavirus/vaccine-information

[2] Two other employee Plaintiffs who were previously granted accommodations – John Does 3 and 4 – have retired and are no longer employed by the University.

Separately, student Plaintiff Jane Doe 7 was vaccinated in 2021 and timely graduated. Both student Plaintiffs Jane Doe 8 and John Doe 6 withdrew from their programs in 2021 and have advised campus authorities that they do not seek readmission or reinstatement.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

*/s/ Kathleen Spalding*

Kathleen SPALDING*
Senior Assistant Attorney General
LAUREN DAVISON*
Assistant Attorney General
MEGAN PARIS RUNDLET*
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Tel: (720) 508-6171
Email: kit.spalding@coag.org;
lauren.davison@coag.gov;
megan.rundlet@coag.gov


HERMINE KALLMAN*
University of Colorado
Office of University Counsel
Special Assistant Attorney General
800 Grant Street, Suite 700

                        Denver, CO 80203
                        Tel: (303) 860-5691
                        hermine.kallman@cu.edu

                        *Counsel of Record for Defendant Board of Regents, Todd Saliman, Donald Elliman, Shanta Zimmer, Eric Mediavilla, and Ann-Michael Holland

cc: All counsel of records (via ECF)

The body of this letter is 275 words in compliance with Fed. R. App. Proc. 28(j)