UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

May 07, 2024

Mr. Peter Christopher Breen
Mr. Martin James Whittaker
Thomas More Society
309 West Washington, Suite 1250
Chicago, IL 60606

Mr. Michael George McHale
Thomas More Society
10506 Burt Circle, Suite 110
Omaha, NE 68114

Mrs. Theresa Lynn Sidebotham
Telios Law
19925 Monument Hill Road
P.O. Box 3488
Monument, CO 80132

**RE:**     **21-1414, 22-1027, Doe, et al v. Board of Regents of the University of Colorado, et al**
Dist/Ag docket: 1:21-CV-02637-RM-KMT

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Lauren Davison
Gregory Eban Goldberg
Hermine Kallman
Jacquelynn Nichole Rich Fredericks
Megan Paris Rundlet
Jessica Smith
Matthew J. Smith
Kathleen Spalding


CMW/lg